```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0093--CR (JWS)
                  "USA V DAVID ALLEN ELLIOTT"
                  DEF 1.1 ELLIOTT, DAVID ALLEN

     Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 09/26/05
             Closed: NO
No. of Defendants: 1
    MJ Case Number:
                AKA:
    Location status: Released on Own Recognizance
         Trial date: 12/19/05
         Terminated: NO
Needs interpreter: NO
  Counsel of record: Michael D. Dieni
                     Federal Public Defender
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3400
                     FAX 907-646-3480
                     Serve: YES
                      Type: FPD
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:   Karen L. Loeffler
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


Counts re: DEF 1.1 ELLIOTT, DAVID ALLEN

Document          Count    Citation and Description                        Disposition
─────────         ─────    ────────────────────────                        ───────────
   1 -   1 INF      1      18:1344(1) & (2) BANK FRAUD (F)                 Pending
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A05-0093--CR (JWS)
                              "USA V DAVID ALLEN ELLIOTT"

                                    For all filing dates


  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
            Filed: 09/26/05
           Closed: NO
 No. of Defendants: 1


Document #   Filed       Docket text
──────────   ─────────   ──────────────────────────────────────────────────────────

    1 -  1   09/26/05    [Re: DEF 1] PLF 1 Information.

 NOTE -  1   09/28/05    Issued: Summons.

 NOTE -  2   09/28/05    Notation: Proposed Trial Date Setting For Arr to USDJ.

    2 -  1   09/28/05    [Re: DEF 1] JDR Minute Order re Arr set for 11/3/05 at 9:30 a.m. cc:
                         USA, USM, USPO, def w/USM cy

    3 -  1   10/17/05    USM Return of svc on summons re: DEF 1 executed on 10/07/05.

    4 -  1   11/03/05    [Re: DEF 1] PLF 1 Discovery Conference Certificate.

    5 -  1   11/07/05    [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] re Arr on Felony
                         Info (held 11/3/05); M. Dieni appointed; arr cont to 11/8/05 at 4:00 pm;
                         def to surrender expired passport to Clerk's Ofc by 11/14/05.  cc:  USA,
                         FPD, USM, USPO, USDJ

    6 -  1   11/07/05    DEF 1 Financial Affidavit.

    7 -  1   11/07/05    [Re: DEF 1] JDR Order of Personal Recognizance.  cc:  USA, FPD, USM,
                         USPO

    8 -  1   11/07/05    [Re: DEF 1] Order setting conditions of release.  CC:  USA, FPD, USM,
                         USPO

    9 -  1   11/08/05    DEF 1 Attorney Appearance of M. Dieni (FPD).

   10 -  1   11/08/05    DEF 1 Notice of filing passport # 072782543.

   11 -  1   11/09/05    [Re: DEF 1] Clerk's Notice that as directed by this crt's order setting
                         conditions of release dated 11/7/05 the orig passport # 072782543 has
                         been received by the clk of crt and places in the vault for safekeeping.
                         cc: USA, FPD, USM, PO, Finance

   12 -  1   11/09/05    [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] RE: Continued
                         Arraignment on Felony Information (held 11/08/05); Defendant plead Not
                         Guilty to Count 1 of the Felony Information; Waiver of Indictment filed;
                         Defendant's conditions of release remain as previously set; FPTC set
                         12/19/05 at 8:30 a.m.; TBJ set 12/19/05 at 9:00 a.m.; Ms. Loeffler
                         unavailable 12/15/05 thru 12/27/05; ptms due 12/01/05. CC: USA, FPD,
                         USM, USPO, Judge Sedwick, Jury Clerk.

   13 -  1   11/09/05    [Re: DEF 1] Waiver of indictment.

   14 -  1   11/09/05    [Re: DEF 1] JDR Order regarding preparation for trial; ptms due
                         12/01/05. CC: USA, FPD.

   15 -  1   11/09/05    [Re: DEF 1] JWS Minute Order setting trial by jury 12/19/05, at 9:00
                         a.m. and Final PT Conf for 12/19/05 at 8:30 a.m. in Courtroom #3.  cc:
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A05-0093--CR (JWS)
                          "USA V DAVID ALLEN ELLIOTT"

                                 For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| | | AUSA, FPD, USM, USPO, MJ ROBERTS, JC |