TIMOTHY M. BURGESS
UNITED STATES ATTORNEY

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -6 PM 2: 52

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID ALLEN ELLIOTT,<br><br>    Defendant. | Case No. A05-093 Cr (JWS)<br><br>THEFT FROM A BANK<br>Vio. of 18 U.S.C. § 2113(b) |

## SUPERSEDING INFORMATION

The United States Attorney charges that:

### COUNT 1:

Between on or about February 26, 2005, and on or about May 4, 2005, in the District of Alaska, the defendant, DAVID ALLEN ELLIOTT, did take and carry away with intent to steal or purloin approximately, $26,500 belonging to and in the care,

custody, control, management and possession of Wells Fargo Alaska, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All of which is in violation of Title 18, United States Code, Section 2113(b).

Dated: Dec 6, 2005

TIMOTHY M. BURGESS
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney