Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -7 PM 4: 15



Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DAVID ALLEN ELLIOTT,<br><br>　　　　　Defendant. | Case No. A05-0093 CR (JWS)<br><br>MOTION FOR CHANGE OF PLEA HEARING, *filed on shortened time* |

　　　　Defendant, David Allen Elliott, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for a hearing to consider a proposed guilty plea to the Information recently filed by the government.  With a guilty plea the case will be resolved without a trial.

　　　　　　　　DATED this 7th day of December, 2005.

　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　FEDERAL PUBLIC DEFENDER
　　　　　　　　　　　　　FOR THE DISTRICT OF ALASKA

　　　　　　　　　　　　　*/s/ Michael Dieni*
　　　　　　　　　　　　　Michael Dieni
　　　　　　　　　　　　　Assistant Federal Defender

17

Certification:

I certify that on ___Dec. 7___, 2005, I hand delivered a copy of this document to

Karen L. Loeffler, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9 Rm 253
Anchorage, AK  99513-7567

_____
Lenora L. Roehling