LODGED
DEC 0 7 2005

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. A05-0093 CR (JWS) |
| vs. | |
| DAVID ALLEN ELLIOTT, | ORDER |
| Defendant. | |

**FILED**

DEC 0 8 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

After due consideration of defendant's motion to set the a hearing for a change of plea, the motion is granted. A hearing to consider a proposed change of plea is set for _December 9_, 2005 at _3:00_ a.m./p.m.

FPTC and TBJ are VACATED.

DATED this _8th_ day of _December_, 2005 in Anchorage, Alaska.

The Clerk will please call counsel to advise of this order.

JOHN W. SEDWICK
DISTRICT COURT JUDGE

✓ 12/8/05 t/c notice: K. Loeffler, M. Dieni

A05-0093--CR (JWS)       12-8-05
-----------------------------------
✓ M. DIENI (FPD)
✓ K. LOEFFLER (US ATTY)
✓ US MARSHAL
✓ US PROBATION
✓ JURY CLERK
✓ MAGISTRATE JUDGE ROBERTS

18