02/14/2006
Judge Sedwick

Dear Judge Sedwick,

I am embarrassed about the decisions I have made up to this point in my life regarding my financial and credit situation. This has not only affected me, but my family also. I have not always used my best judgment when it involves money and finances. In a sense, money has always run my life, and I don't like where that has taken me. My mother lost her battle to breast cancer in June of 1994, and since then I would say that I have been lost without her. My mother had always taken care of my finances until she became sick, then when I tried to take over; it has gone down hill since. I started my family very early in life at the age of 19, always scraping here and there to get by. My father was always in the picture, but wasn't much help after my mother died. He found the solutions to his problems through drugs. After I committed this crime I am being charged for, I have had to take a good look at myself and evaluate the situation. I do not like what I see or where it is going. My wife told me that I am the only one that can change this, and because of the love and support that my wife and kids have for me is unconditional, I believe that I can change this around into a positive thing, and give me the power to succeed. They gave me the support and love to overcome morbid obesity, and have since lost 300lbs. I was the only person who could change that also, and I did it!! I did it to be a there for my family, to play ball with my kids, and I did it for myself. I will be married to my wife Cathy for 13 years this May, my oldest child, Angela, is going to be 18 in October and is working towards getting her G.E.D. My second oldest child David JR is 13 and is in the 7th grade at Teeland middle school and my youngest child Daniel, is 10 and attending Cottonwood creek elementary school in Wasilla. My family needs me as much as I need them, my boys are at the age that they are very easily influenced, and they need me to be there to help them through this difficult age, to help them make the right choices and to learn from my mistakes, not repeat them. Financially, my wife cannot support the family by herself. In order for them to get by, I need to be able to retain my employment. Although maintaining my current employment is important to me and my family, it pays enough to get by and there are no medical or dental benefits. Depending on the outcome of my sentence I do have a very lucrative job offer that includes full benefits and a substantial increase in salary which will allow me to make restitution from this case, and get my financial affairs in proper order in a shorter time frame and allow me to put this matter behind me and get on with life. We have since asked my oldest sister for help and financial advice, and she is willing to help show us how to get our financial affairs and obligations on the right track and giving us the direction we need to take to become debt free. My father always told me 3 things when I was younger: 1. "If it ain't broke, don't fix it!" 2. "If you screw up, be a man and take responsibility for your actions." 3. "If you are willing to do the crime, you must also be willing to do the time". My mother always added to the second saying: "When you take responsibility for your actions, there is more room for forgiveness". Well it is broke and needs to be fixed, and oh man I screwed up! No one created the problem but me. The time portion of this is up to you. Judge Sedwick, in no way am I asking forgiveness for what I have done, nor am I going to try to make excuses for the crime that I committed. I have complied with every request of the court,

no questions asked, no hostility towards anyone but myself. What I am asking for is a second chance to be an honorable man, husband and father.

Thank-you for your time,

Sincerely,

David Elliott