DEBORAH SMITH
Acting United States Attorney

KAREN L. LOEFFLER
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 3:05-cr-00093-JWS |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | GOVERNMENT'S SENTENCING |
| vs. | ) | MEMORANDUM |
|  | ) |  |
| DAVID ALLEN ELLIOTT | ) |  |
|  | ) |  |
| Defendant. | ) |  |

COMES NOW the United States of America, by and through counsel, and submits its sentencing memorandum in the above captioned case as follows.

**I.    Summary of Estimated Guideline Calculations**

The government has no objections to the presentence report calculations. Thus, the applicable guideline range derived from offense level 10, criminal history category I is 6-12 months.

II.   **Response to Anticipated Objections**

The government does not anticipate any substantive objections to the presentence report,.

III.   **§3553(a) Factors**

The government believes that a review of the §3553(a) factors suggests that a sentence involving home detention within the bottom of the guideline range is appropriate in this case. §3553(a)(2)(A) and (B) suggest that some sentence of imprisonment is justified.  Defendant abused the trust of his supervisor at Wells Fargo.  Regardless of the dispute over whether it was the car dealership or Mr. Elliott who caused the lien not to be recorded, he certainly knew that title was not properly registered.  He then took advantage of this fact and sold the car out from under the bank.  He deposited the check containing the proceeds of the sale and then very quickly withdrew all the funds before the bank became aware of the sale.  Thus, the offense is both serious and requires deterrence.  On the other hand, defendant admitted his improper conduct upon contact with the FBI and by pleading guilty early in the proceedings.  He has noted that he needs help managing financial matters.

IV.   **Recommendation**

As this is defendant's first offense, and he took steps to admit his guilt early, the government will recommend that he be sentenced at the bottom end of the guidelines. In this case, since probation, with home detention is a permissible guideline sentence the government will further recommend the court permit home detention or community confinement be substituted for imprisonment.

In light of defendant's agreed difficulty with finances and his abuse of his position at the bank, the government will request that defendant seek financial counseling and be required to notify employers of his conviction as conditions of probation.

Finally, the government will request an order of restitution in the amount of $36,029.05 payable to Wells Fargo Bank.

RESPECTFULLY submitted February 21, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Karen Loeffler
Assistant United States Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov

I hereby certify that on February 21, 2006, a copy of the foregoing was served electronically on:
Marry Geddes
s/ Karen Loeffler

U.S. v.DAVID ELLIOT
CASE NO. 3:05-cr-00093-JWS                3