DEBORAH SMITH
Acting United States Attorney

KAREN L. LOEFFLER
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 3:05-cr-00093-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **GOVERNMENT'S MOTION** |
| vs. | ) | **TO ACCEPT LATE FILED** |
| | ) | **SENTENCING** |
| DAVID ALLEN ELLIOTT | ) | **MEMORANDUM** |
| | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through counsel, and moves the court to accept its late filed sentencing memorandum, submitted for filing contemporaneously herewith.

Government counsel was out of the office on business travel from February 8, 2006, until returning to the office today, February 21, 2006.  Although counsel

1

endeavored to make sure all pleadings were filed before leaving, for some reason, she simply did not have this case calendared and therefore did not have it on the list of matters that needed to be filed before leaving. Upon her return, this morning, counsel noted that the sentencing was set this week and no memorandum had been filed. Undersigned counsel is still not sure how it slipped through the cracks, but apologizes to the court and defendant for this late filing.

RESPECTFULLY submitted February 21, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Karen Loeffler
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov

I hereby certify that on February 21, 2006, a
copy of the foregoing was served
electronically on:
 Marry Geddes.

s/ Karen Loeffler