DEBORAH SMITH
Acting United States Attorney

KAREN L. LOEFFLER
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. 3:05-cr-00093-JWS |
| Plaintiff, | ) | |
| | ) | **ORDER RE: GOVERNMENT'S** |
| vs. | ) | **MOTION TO ACCEPT LATE** |
| | ) | **FILED SENTENCING** |
| DAVID ALLEN ELLIOTT | ) | **MEMORANDUM** |
| | ) | |
| Defendant. | ) | |

The United States of America's motion to accept late filed sentencing memorandum.  GRANTED/DENIED.

_____                             _____
Date                                    United States District Court Judge