Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>DAVID ALLEN ELLIOTT,<br><br>              Defendant. | Case No. 3:05-cr-0093-JWS<br><br>NON-OPPOSITION TO MOTION TO ACCEPT LATE FILED SENTENCING MEMORANDUM (DOCKET NO. 23) |

   Defendant, David Allen Elliott, by and through counsel Michael Dieni, Assistant Federal Defender, notifies the court and the government that he does not oppose the government's Motion to Accept Late Filed Sentencing Memorandum, filed at Docket No. 23.

///

///

///

///

///

DATED this 22nd day of February, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on February 16, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Karen L. Loeffler, Esq.

/s/ Michael D. Dieni