MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *DAVID ALLEN ELLIOTT*

THE HONORABLE JOHN W. SEDWICK           CASE NO. 3:05-cr-00093 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**           Date: February 23, 2006

The motion to accept late filed sentencing memo at docket 23 is **GRANTED**.