**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  UNITED STATES OF AMERICA  </u>  v.  <u>  DAVID ALLEN ELLIOTT  </u>

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                                   CASE NO. <u>  3:05-cr-00093-JWS  </u>

<u>  Pam Richter  </u>

PROCEEDINGS: **CLERK'S NOTICE**                    DATE: July 18, 2006

       In reviewing the above-referenced file, the Court finds it has possession of a passport belonging to defendant David Allen Elliott. Any party wishing to have said item returned to him needs to file a motion to return said item with a proposed Order for the Court's consideration.  If no motion is filed within 45 days, the Clerk shall destroy the passport.