PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska



Request for Modification of Conditions or Term of Probation
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: David Allen Elliott      Case Number: 3:05-cr-00093 JWS

Sentencing Judicial Officer:    John W. Sedwick, Chief U.S. District Court Judge

Date of Original Sentence:    February 23, 2006

Original Offense:    Theft from a Bank

Original Sentence:    Five years probation

Date Supervision Commenced: February 23, 2006

### PETITIONING THE COURT

[ ]    To extend the term of probation for _____ years, for a total term of _____ years.
[X]    To modify the conditions of probation as follows:

The defendant shall pay restitution during the period of supervision in monthly installments of not less than 10% of the defendant's gross monthly income or $25, whichever is greater.

The defendant shall participate in the home confinement program for a period of **three months** and shall abide by all the assigned components of the program, which will include electronic monitoring or other location verification system. The defendant shall be released from his residence for employment and any other activity if pre-approved by the probation officer. The defendant shall pay for the cost of electronic monitoring or other location verification system.

### CAUSE

On February 23, 2006, the offender was sentenced to five years probation for the crime of Theft from a Bank. The probation term commenced in the District of Alaska but was transferred to the District of Nevada in March of 2007. In October 2007, a violation was reported to the Court for failure to pay restitution and purchasing a new vehicle (using credit) without permission of the probation officer. The Court was informed that the offender was "warned" and "reprimanded" by the District of Nevada and, at the request of the probation office, no court action was taken. In May 2007, the District of Nevada reported that the offender had left their district "without permission" and moved to North Carolina. The District of Nevada reported this violation and promptly "closed their interest in the case." This probation officer again assumed supervision of the case and determined that the offender had moved to another jurisdiction without permission (i.e. his probation officer was on leave) but had made efforts to

*Request for Modification of Conditions or Term*
*Name of Offender        :        David Allen Elliott*
*Case Number             :        3:03-cr-00093 JWS*

report his situation. In other words the offender was in violation but had not absconded. This officer also determined that the offender was not in compliance with his payment agreement and had made only one restitution payment in 2007 and one in 2008. The offender was contacted and reprimanded for his violations and advised that the violations would be reported to the Court. The offender advised of his intention to return to this district and live in Anchorage. On June 5, 2008, the offender was contacted and agreed to sign the attached probation form 49 modifying his conditions. One condition is meant to address the issue presented in *U.S. v. Gunning* regarding the setting of a payment schedule and the other condition is meant to address the violation regarding moving without permission of the probation officer, District of Nevada. Additionally the offender signed a voluntarily wage allotment (at 10% of his gross monthly wage) allowing his new employer (Anchorage Sand and Gravel) to withhold money for restitution due to his poor "voluntary" payment history. Therefore, the probation officer respectfully requests the Court order the two new conditions of supervision for the reasons set forth in this report.

Respectfully submitted,

**REDACTED SIGNATURE**

Eric Odegard
U.S. Probation/Pretrial Services Officer
Date: June 5, 2008

## THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[✗]  **The Modification of Conditions as Noted Above**
[ ]  Other:

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge
Date:  7 June 2008

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF ALASKA

**U.S.A. v David Allen Elliott**               Docket No. 3:05-cr-00093 JWS

    I, _David Allen Elliott_, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of probation or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of probation or to the proposed extension of my term of supervision:

- The defendant shall pay restitution during the period of supervision in monthly installments of not less than 10% of the defendant's gross monthly income or $25, whichever is greater.

- The defendant shall participate in the home confinement program for a period of **three months** and shall abide by all the assigned components of the program, which will include electronic monitoring or other location verification system. The defendant shall be released from his residence for employment and any other activity if pre-approved by the probation officer. The defendant shall pay for the cost of electronic monitoring or other location verification system.

Signed: _[signature]_                Date: _6/5/08_
David Elliott
Probationer or Supervised Releasee

Witness: _REDACTED SIGNATURE_        Date: _6/5/08_
Eric Odegard
Supervising U.S. Probation Officer